Case 5:25-cr-00364-LCB-HNJ   Document 1   Filed 06/17/25   Page 1 of 3            FILED
2025 Jun-20 AM 09:52
PFE/DSM: June 2025
BHM GJ # 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **AUSTIN SCOTT WHEELER** | ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>
*Production of Child Pornography*
**18 U.S.C. § 2251(a) and (e)**

The Grand Jury charges that:

On or about the 29th day of December 2022, in Morgan County, within the Northern District of Alabama, the defendant,

**AUSTIN SCOTT WHEELER**,

did attempt to and did employ, use, persuade, induce, entice, and coerce MINOR-1, whose identity is known to the Grand Jury, a minor who had not attained eighteen (18) years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, that is, a video known to the Grand Jury as Video 1, Video 2, and Video 3, knowing and having reasonable cause to believe that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
*Production of Child Pornography*
**18 U.S.C. § 2251(a) and (e)**

The Grand Jury charges that:

On or about the 30th day of December 2022, in Morgan County, within the Northern District of Alabama, the defendant,

**AUSTIN SCOTT WHEELER**,

did attempt to employ, use, persuade, induce, entice, and coerce MINOR-1, whose identity is known to the Grand Jury, a minor who had not attained eighteen (18) years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reasonable cause to believe that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and

the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL

*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                                            PRIM F. ESCALONA
                                                            United States Attorney

                                                            */s/ Electronic Signature*
                                                            DANIEL S. MCBRAYER
                                                            Assistant United States Attorney